DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGETA MILLER,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D17-2628

[February 21, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE16006787 (11).

Georgeta Miller, Weston, pro se.

Daniel S. Stein and Mary Pascal Stella of Popkin & Rosaler, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***